Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT
for the
District of

2020 MAY 27 PM 12:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Division

Tony B. Mathes
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

CSX Transportation
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:20-cv-528-J-34JRK
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tony B. Mathes
Street Address: 200 Glade Lane
City and County: Albany, Dougherty
State and Zip Code: Georgia, 31721
Telephone Number: (229) 395-1104
E-mail Address: tonymat31@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
  Name: MARK WILLIAMS
  Job or Title (if known): MANAGER PROGRAM CONSTRUCTION
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number: 706-540-9214
  E-mail Address (if known):

Defendant No. 2
  Name: JAMES HINANT
  Job or Title (if known): DIRECTOR OF PROGRAM CONSTRUCTION
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: MATTHEW SLATER
  Job or Title (if known): SPG SUPERVISOR
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number: 256-605-6418
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CSX TRANSPORTATION |
| Street Address | 500 WATER ST. ~~Address~~ |
| City and County | JACKSONVILLE, Duval |
| State and Zip Code | FLORIDA, 32202 - 4423 |
| Telephone Number | 904-359-3200 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

# Statement of claim

1. Talladega, Ala. August 14, 2018 Mark Williams talked more about disqualifying me rather than training me.

2. Talladega, Ala. August 14, 2018 Mark Williams ignored my complaints about the harassing intimidating comments made to me by Homer Walls.

3. August 15, 2018 telephone conversation with Mark Williams, about harassing comments made by Homer Walls.

4. August 20, 2018 Coosa Pines siding Mark Williams, stated to me that Mike Hinant was wondering why I haven't disqualified you yet.

5. August 28, 2018 Talladega, Ala. At the company depot Mark Williams stated to me Mike Hinant was wondering why I haven't got rid of you yet.

6. August 30, 2018, I spoke with Mark Williams on the telephone and he told me that I was disqualified and in the conversation he stated Mike Hinant said I should have been disqualified.

7. Valdosta, Ga, June 30, 2019, Matthew Slater intentionally and inappropriately disqualified me from the 3000 GRM tamper because of me speaking out to a co-worker for inappropriate behavior and actions.

8. Augusta, Ga. July 11, 2019 Matthew Slater spoke about the disqualification at job briefing to the entire SPG team.

9. August 1, 2019 Jacksonville, Fla. Attending the hearing, I was denied a demonstration to show that I can operate the equipment.

# E. Facts

1. I Tony Mathis was awarded the job 5AX1 on July 23, 2018.
2. Talladega, Ala. August 6, 2018 I was met with unwelcomeness, employee Homer Walls, stated to me that I should bid off and go to another position.
3. August 7, 2018 Homer Walls, stated to me that he did not have to train me and that he already checked with the union about it.
4. August 14, 2018, Talladega, Ala. I met with the manager Mark Williams at company depot. I spoke with Mark Williams, about the things that were said to me by Homer Walls, which he seemingly ignored and instead talked about disqualifying me from the position.
5. August 14, 2018, Mark Williams stated to John Kincaid not to worry about training me.
6. August 15, 2018, I spoke with Mark Williams on the telephone about the things Homer Walls said to me.
7. August 20, 2018, Coosa Pines siding, Mark Williams came to the job site to see me operate the equipment but no track time was given, Mark Williams stated to me that Mike Hinant was wondering why he haven't disqualified me yet, and that day John Kincaid and myself were waiting to get track time that he should have disqualified me right then, once Mark Williams left the job site; Homer Walls stated that it must came from up above to come out and watch you.
8. August 24, 2018, Coosa Pines siding, I was instructed by Mark Williams to work alone without enough training and a qualified operator.
9. Talladega, Ala August 27, 2018 I was instructed by Mark Williams to work alone without enough training and a qualified operator.
10. August 28, 2018 Talladega, Ala. I was instructed by Mark Williams to work alone without enough training and a qualified operator. Mark Williams, arrives at the end of the shift and he states to me Mike Hinant was wondering why I haven't got rid of you yet.
11. August 30, 2018 Talladega, Ala I spoke with Mark Williams over the telephone and he told me that I was disqualified and he stated to me Mike Hinant said I should have been disqualified.
12. Tony Mathis, reported to CSX ethics September 2018.
13. Tony Mathis, filed with EEOC September 26, 2018
14. Valdosta Ga, June 27, 2019, while returning to the hotel after the shift, I heard something saying "YOU NIGGER' repeatedly being played from someone cellphone. Once the van arrived at the hotel, I asked who cellphone was it, Brandon Crews admitted it was his phone. We both discussed the issue.
15. June 28, 2019 after job briefing Evan Anderson, told me and some other co-workers that were on the van the day before that supervisor Matthew Slater wanted to speak to us.
16. Once Matthew Slater met with myself and other co-workers he asked us to write statements about what happened on the van June 27, 2019.
17. Matthew Slater, stated to Brandon Crews that he did not have anything to worry about because this was as far as this was going.

# E. Facts

18. June 30, 2019, Valdosta, Ga. Matthew Slater approached me and told me that I was disqualified for poor job performance and some things days earlier that I was never spoken to about.
19. I protested the disqualification after speaking with union rep Russell Farmer.
20. July 11, 2019 Augusta, Ga. Matthew Slater, spoke about the disqualification which was under investigation to the entire team.
21. August 1, 2019 I attended the hearing in Jacksonville, Fla. I was told that I could not talk about what happened on the van and I was denied a chance to demonstrate that I could operate the equipment.
22. Approximately, three weeks later I received a letter stating that the disqualification was upheld.
23. August 27, 2019, I reported to the EEOC.

# Relief:

1. Compensatory damages including physical pain, emotional distress, and humiliation.
2. Damage of reputation
3. Punitive damages to punish the Defendant for its willful, wanton, oppressive, malicious, and/ or grossly negligent conduct.
4. A permanent injunction against future acts of discrimination and harassment against plaintiff by CSX transportation.
5. Trial by jury on all issues.
6. Future medical expenses.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   26th September 2018 + August 27, 2019

   B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.

   ☑ issued a Notice of Right to Sue letter, which I received on *(date)* _____

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C. Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/22/20

Signature of Plaintiff: Tony B. Mathis
Printed Name of Plaintiff: Tony B. MATHIS

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address